**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel M. Hudson <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-24517 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 **/s/James C. Warmbrodt, Esquire**
                                                 James C. Warmbrodt, Esquire
                                                 Attorney I.D. No. 42524
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 412-430-3594
                                                 jwarmbrodt@kmllawgroup.com