# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 18-24517-CMB** |
| | : | |
| **Daniel M. Hudson** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 6** |
| | : | |
| **Nationstar Mortgage LLC** | : | |
| **dba Mr. Cooper,** | : | |
| *Movant* | : | |
| | : | |
| **V.** | : | |
| | : | |
| **Daniel M. Hudson** | : | |
| **and Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

**NOW,** this **8th day of February, 2020,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Nationstar Mortgage LLC, dba Mr. Cooper** at **Claim** *No. 6* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,037.78, effective 2/01/2020.

Dated: February 8, 2020                Signed:  /s/ Rebeka A. Seelinger Esq.
                                                Rebeka A. Seelinger, Esquire
                                                Seelinger Law Corporation
                                                Attorney for Debtors
                                                PA ID #93897
                                                4640 Wolf Road
                                                Erie, PA 16505
                                                (814) 824-6670
                                                rebeka@seelingerlaw.com