Certificate Number: 05781-PAW-DE-034805281

Bankruptcy Case Number: 18-24517



05781-PAW-DE-034805281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2020, at 6:55 o'clock AM PDT, Daniel Hudson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 24, 2020                By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President