# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 18-24517-CMB** |
| | : | |
| **Daniel M. Hudson** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 6** |
| | : | |
| **Nationstar Mortgage LLC** | : | |
| **dba Mr. Cooper,** | : | |
| *Movant* | : | |
| | : | **Document No.** |
| V. | : | |
| | : | |
| **Daniel M. Hudson** | : | |
| **and Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Nationstar Mortgage LLC, dba Mr. Cooper** at **Claim** *No. 6* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,047.59, effective 2/01/2021.

Dated: January 8, 2021

/s/ Rebeka A. Seelinger Esq.
Rebeka A. Seelinger, Esquire
Seelinger Law Corporation
Attorney for Debtors
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com