IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: | : | Case No. 18-24517-CMB |
| | : | |
| | : | Chapter 13 |
| Daniel M. Hudson | : | |
| Debtor | : | Related to: Document No. 38 |
| | : | |
| Daniel M. Hudson | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent | : | |

## CONSENT ORDER

NOW, this  8th  day of     April     , 2021, upon consideration of the debtor's Motion To Approve Consent Order For Financing, which motion has been consented to by the Trustee, it is

ORDERED, that the motion is granted. It is further

ORDERED, that the debtor, Daniel M. Hudson, is hereby granted permission to enter into a mortgage loan refinancing his residential mortgage, in the approximate amount of $164,000.00, with monthly payments of approximately $950.00. It is further

ORDERED, that within 20 days after the closing is held on the refinancing, a Report of Financing shall be filed with this Court, and the debtor shall file an amended plan within 30 days after closing.

By the Court:

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/8/21 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-24517-CMB

Daniel M. Hudson  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: gamr  Page 1 of 2
Date Rcvd: Apr 08, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

**Recip ID    Recipient Name and Address**
db    + Daniel M. Hudson, 246 Woodridge Drive, Carnegie, PA 15106-1314

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

**Name    Email Address**

Alexandra Teresa Garcia
  on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Maria Miksich
  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
  on behalf of Debtor Daniel M. Hudson rebeka@seelingerlaw.com

Richard J. Bedford
  on behalf of Debtor Daniel M. Hudson richard@seelingerlaw.com rjb8181@gmail.com

District/off: 0315-2  User: gamr  Page 2 of 2
Date Rcvd: Apr 08, 2021  Form ID: pdf900  Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 7