IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: | : | Case No. 18-24517-CMB |
| | : | |
| | : | Chapter 13 |
| Daniel M. Hudson | : | |
|     Debtor | : | Document No. ___ |
| | : | |
| Daniel M. Hudson | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

    I, Richard J. Bedford, Esquire, certify under penalty of perjury that I served, or caused to be served, the Debtor's Status Report as to Refinancing on the parties shown below, on July 14, 2021, by CM/ECF:

Office of the United States Trustee  
Liberty Center  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222  
(Via CM/ECF)

Ronda J. Winnecour, Trustee  
Suite 3250 US Steel Tower  
600 Grant Street  
Pittsburgh PA 15219  
(Via CM/ECF)

EXECUTED ON: July 14, 2021

    /s/ Richard J. Bedford  
    SEELINGER LAW CORPORATION  
    Attorney for Debtor  
    PA ID #25069  
    4640 Wolf Road  
    Erie, PA 16505  
    (814) 824-6670

richard@seelingerlaw.com