IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: | : | Case No. 18-24517-CMB |
| | : | |
| | : | Chapter 13 |
| Daniel M. Hudson | : | |
| Debtor | : | Document No. ___ |
| | : | |
| Daniel M. Hudson | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent | : | |

## STATUS REPORT AS TO REFINANCING

AND NOW, comes the debtor, Daniel M. Hudson by and through his counsel, Richard J. Bedford, Esquire, and respectfully reports the following:

1. On April 7, 2021, the Debtor, Daniel M. Hudson, was granted permission by this Court to enter into a refinancing of his Mr. Cooper home mortgage.

2. The refinancing has not taken place.

3. Undersigned counsel has been informed by the mortgage broker, Premier Mortgage LLC, that the lender for the proposed refinancing is no longer willing to proceed with the loan, due to dissatisfaction with title issues, and Premier Mortgage has closed its file in this matter.

4. Since the debtor was unable to procure refinancing, he will continue making payments on his plan, which provides for cure of the arrears on his existing mortgage.

RESPECTFULLY SUBMITTED,

Dated: July 29, 2021

/s/ Richard J. Bedford
Richard J. Bedford, Esquire  PA I.D. 25069
Seelinger Law Corporation
Counsel for the Debtor

4640 Wolf Rd  
Erie, PA 16505  
(814)-824-6670  
 E-Mail: richard@seelingerlaw.com