# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 18-24517-CMB** |
| | : | |
| **Daniel M. Hudson** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 6** |
| | : | |
| **Nationstar Mortgage LLC** | : | |
| **dba Mr. Cooper,** | : | |
| *Movant* | : | |
| | : | **Document No.** |
| **V.** | : | |
| | : | |
| **Daniel M. Hudson** | : | |
| **and Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Nationstar Mortgage LLC, dba Mr. Cooper** at **Claim** *No. 6* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,061.18, effective 1/01/2022.

Dated:  December 6, 2021                    /s/ Richard J. Bedford
                                            Richard J. Bedford, Esquire PA I.D. 25069
                                            Seelinger Law Corporation
                                            Attorney for Debtor
                                            4640 Wolf Road
                                            Erie, PA 16505
                                            (814) 824-6670
                                            richard@seelingerlaw.com