IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: | : | Case No. 18-24517-CMB |
| | : | |
| | : | Chapter 13 |
| Daniel M. Hudson | : | |
|     Debtor | : | Document No. ___ |
| | : | |
| Daniel M. Hudson | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

### CERTIFICATE OF SERVICE

I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that I served, or caused to be served, the Debtor's Motion to Dismiss Case, together with Notice of Zoom Hearing and Response Deadline, on the parties at the addresses shown below, on June 20, 2022, by regular First Class United States mail or other method as described below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

Ronda J. Winnecour, Trustee
Suite 3250 US Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

Brian C. Nicholas, Esquire
KML Law Group PC
bnicholas@kmllawgroup.com
(Via CM/ECF)

Maria D. Miksich, Esquire
KML Law Group PC
mmiksich@kmllawgroup.com
(Via CM/ECF)

Via regular First Class United States Mail:

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024

American Infosource LP
PO Box 248838
Oklahoma City, OK 73124

Clearview Federal Credit Union
8805 University Boulevard
Coraopolis, PA 15108

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205

ERC
PO Box 57547
Jacksonville, FL 32241

Huntington National Bank
2361 Morse Road
Columbus, OH 43229

I. C. Systems Inc.
444 East Highway 96
PO Box 64378
Saint Paul, MN 55164

Lendmark Financial Services
2118 Usher Street NW
PO Box 2969
Covington, GA 30014

MBA Law
3400 Texoma Parkway Ste 100
Sherman, TX 75090

National Credit System
PO Box 312125
Atlanta, GA 31131

Nationstar Mortgage LLC
dba Mr. Cooper
PO Box 619096
Dallas TX 75261-9741

Quantum Group LLC Agnt - CF Medical LLC
PO Box 788
Kirkland, WA 98083

Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY 11735

UPMC Presbyterian
200 Lothrop Street
Pittsburgh, PA 15213

Verizon
PO Box 650584
Dallas, TX 75265


EXECUTED ON: June 20, 2022

                                                    /s/ Rebeka A. Seelinger
                                                  SEELINGER LAW
                                                  Attorney for Debtor
                                                  PA ID #93897
                                                  4640 Wolf Road
                                                  Erie, PA 16505
                                                  (814) 824-6670
                                                  rebeka@seelingerlaw.com