# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-24517 CMB |
| **Daniel M. Hudson** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Daniel M. Hudson** | : | |
| *Movant* | : | Document No. |
| vs. | : | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | : | |
| *Respondent* | : | |

## CERTIFICATION OF NO RESPONSE REGARDING
## DEBTOR'S MOTION TO DISMISS CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion To Dismiss Case filed on **June 20, 2022** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Zoom Hearing, objections for the Motion were to be filed and served no later than **July 7, 2022.**

It is hereby respectfully requested that the Order attached to the Motion To Dismiss Case be entered by the Court.

July 8, 2022

/s/ Rebeka Seelinger_____
Rebeka Seelinger, Esquire
PA I.D. 93897
Attorney for Debtor/Movant
SEELINGER LAW CORPORATION
4640 Wolf Rd
Erie PA 16505
(814) 824 6670, rebeka@seelingerlaw.com