**Form 309**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Daniel M. Hudson** | : | Case No. 18–24517–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | ENTERED BY DEFAULT |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 11th of July, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349.* Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Daniel M. Hudson
    Debtor

Case No. 18-24517-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2

Date Rcvd: Jul 11, 2022

User: auto

Form ID: 309

Page 1 of 3

Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel M. Hudson, 246 Woodridge Drive, Carnegie, PA 15106-1314 |
| 14951661 | + | Ann E. Swartz, Esq., McCabe, Weisberg & Conway, LLC, 123 S. Broad Street, Ste 1400, Philadelphia, PA 19109-1060 |
| 14978211 | + | Pacific Union Financial, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14951659 | + | Email/Text: bankruptcy@rentacenter.com | Jul 12 2022 00:06:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14951660 | + | EDI: AIS.COM | Jul 12 2022 04:08:00 | American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14951662 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 12 2022 00:06:00 | Clearview Federal Credit Union, 8805 University Boulevard, Coraopolis, PA 15108-4212 |
| 14951663 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 12 2022 00:06:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14951664 | + | Email/Text: bknotice@ercbpo.com | Jul 12 2022 00:06:00 | ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14951665 | + | Email/Text: bankruptcy@huntington.com | Jul 12 2022 00:06:00 | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 14951666 | + | EDI: IIC9.COM | Jul 12 2022 04:08:00 | I. C. Systems Inc., 444 East Highway 96, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14951667 | ^ | MEBN | Jul 12 2022 00:05:11 | Lendmark Financial Services, 2118 Usher Street NW, PO Box 2969, Covington, GA 30015-7969 |
| 14951668 | + | EDI: CAPIO.COM | Jul 12 2022 04:08:00 | MBA Law, 3400 Texoma Parkway Ste 100, Sherman, TX 75090-1916 |
| 14951685 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jul 12 2022 00:06:00 | National Credit System, PO Box 312125, Atlanta, GA 31131 |
| 14951669 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jul 12 2022 00:06:00 | National Credit Systems, Inc., PO Box 312125, Atlanta, GA 31131 |
| 15180343 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2022 00:06:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14951670 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2022 00:06:00 | Pacific Union Financial LLC, 1603 LBJ Freeway Ste 500, Dallas, TX 75234-6071 |
| 14978018 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2022 00:06:00 | Pacific Union financial, LLC, 1603 LBJ Freeway, STE 500, Farmers Branch, TX 75234-6071 |
| 14951671 | + | EDI: Q3G.COM | Jul 12 2022 04:08:00 | Quantum Group LLC Agnt - CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0315-2                          User: auto                                    Page 2 of 3

Date Rcvd: Jul 11, 2022                       Form ID: 309                              Total Noticed: 26

| 14956992 | | EDI: Q3G.COM | | |
|---|---|---|---|---|
| | | | Jul 12 2022 04:08:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951672 | + | Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | | Jul 12 2022 00:06:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 14982833 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Jul 12 2022 00:06:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 14961651 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Jul 12 2022 00:06:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14977197 | ^ | MEBN | | |
| | | | Jul 12 2022 00:05:33 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14951673 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Jul 12 2022 00:06:00 | UPMC Presbyterian, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 14951674 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jul 12 2022 04:08:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 14980955 | | EDI: AIS.COM | | |
| | | | Jul 12 2022 04:08:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14951675 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14951676 | *+ | American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14951677 | *+ | Ann E. Swartz, Esq., McCabe, Weisberg & Conway, LLC, 123 S. Broad Street, Ste 1400, Philadelphia, PA 19109-1060 |
| 14951678 | *+ | Clearview Federal Credit Union, 8805 University Boulevard, Coraopolis, PA 15108-4212 |
| 14951679 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14951680 | *+ | ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14951681 | *+ | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 14951682 | *+ | I. C. Systems Inc., 444 East Highway 96, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14951683 | *+ | Lendmark Financial Services, 2118 Usher Street NW, PO Box 2969, Covington, GA 30015-7969 |
| 14951684 | *+ | MBA Law, 3400 Texoma Parkway Ste 100, Sherman, TX 75090-1916 |
| 14951686 | *+ | Pacific Union Financial LLC, 1603 LBJ Freeway Ste 500, Dallas, TX 75234-6071 |
| 14951687 | *+ | Quantum Group LLC Agnt - CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951688 | *+ | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 14951689 | *+ | UPMC Presbyterian, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 14951690 | *+ | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

TOTAL: 2 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022                    Signature:        /s/Gustava Winters

District/off: 0315-2                                          User: auto                                          Page 3 of 3
Date Rcvd: Jul 11, 2022                                      Form ID: 309                                        Total Noticed: 26

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Daniel M. Hudson rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Daniel M. Hudson richard@seelingerlaw.com  rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7