**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL M. HUDSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-24517 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/20/2018 and confirmed on 01/11/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 63,962.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,962.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 3,093.52 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,093.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 45,867.81 | 0.00 | 45,867.81 |
|     Acct: 0905 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 21,318.07 | 5,704.11 | 0.00 | 5,704.11 |
|     Acct: 0905 | | | | |
|   CLEARVIEW FCU** | 5,000.00 | 5,000.00 | 291.56 | 5,291.56 |
|     Acct: 9695 | | | | |
| | | | | 56,863.48 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL M. HUDSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL M. HUDSON | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-24517 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX4517 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4070 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1221 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1220 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1219 | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0506 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 877.45 | 0.00 | 0.00 | 0.00 |
| Acct: 6716 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 832.36 | 0.00 | 0.00 | 0.00 |
| Acct: 7717 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5988 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 2,394.53 | 0.00 | 0.00 | 0.00 |
| Acct: 0586 | | | | |
| NATIONAL CREDIT SYSTEM | 8,052.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5631 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 933.50 | 0.00 | 0.00 | 0.00 |
| Acct: 1360 | | | | |
| UPMC PHYSICIAN SERVICES | 4,400.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5745 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 646.04 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CLEARVIEW FCU** | 6,992.48 | 0.00 | 0.00 | 0.00 |
| Acct: 9695 | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | | | 56,868.48 |
|---|---|---|---|---|

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 5.00 |
| SECURED | 26,318.07 |
| UNSECURED | 25.128.86 |

Date: 12/15/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com